IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CR-00352-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| NEHEMIAH ELIHJAH MACKEY, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Scott T. Nonaka, Michael Weinberg, Tyler Swafford]" (Docs. 36, 37 and 38) filed October 13, 2022. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: October 13, 2022

David S. Cayer
United States Magistrate Judge