IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00352-RJC-DSC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| NEHEMIAH ELIHJAH MACKEY | ) |
| | ) |

**THIS MATTER** is before the Court on the defendant's Motion for Compassionate Release, (Doc. No. 41), following his request for relief from the warden of his institution.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion for Compassionate Release within fourteen (14) days of the entry of this Order.

Signed: January 11, 2023

Robert J. Conrad, Jr.
United States District Judge